1

HONORABLE MICHELLE L. PETERSON

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
8                                    AT SEATTLE

9    WAG ACQUISITION, L.L.C.,

10                          Plaintiff,                    No. 2:23-cv-00131-MLP

11       v.                                               **PLAINTIFF WAG ACQUISITION,
                                                          L.L.C.'S MOTION FOR EXTENSION
12   ICF TECHNOLOGY GROUP INC.,                           OF TIME TO ANSWER OR
                                                          OTHERWISE RESPOND**
13                          Defendant.
                                                          **NOTED ON MOTION CALENDAR:
14                                                        JUNE 30, 2023**

15          Pursuant to LCR 7(d)(2), Plaintiff WAG Acquisition, L.L.C. ("Plaintiff") files this

16   Motion to Extend Time to Answer or Otherwise Respond in this civil action and states as

17   follows:

18          1.      On January 27, 2023, Plaintiff filed its Complaint in this action, alleging patent

19   infringement claims against Defendant.

20          2.      On April 24, 2023, Plaintiff filed Defendant's waiver of the service of summons,

21   extending the deadline for Defendant to serve an answer or a motion under Rule 12 for sixty

22   (60) days.

23          3.      The parties have engaged in settlement discussions and reached a settlement in

24   principle.

PLAINTIFF WAG ACQUISITION,  L.L.C.'S MOTION
FOR EXTENSION OF TIME TO ANSWER– Page 1

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

4.      In order to permit sufficient time for the parties to finalize their settlement agreement, Plaintiff requests that Defendant be given an extension of thirty (30) days to answer or otherwise respond to Plaintiff's Complaint, making its answer or responsive pleading due on July 24, 2023.

Dated June 22, 2023

CORR CRONIN, LLP

*s/ Eric A. Lindberg*
Eric A. Lindberg, WSBA No. 43596
1001 Fourth Avenue, Suite 3900
Seattle, WA  98154-1051
(206) 625-8600 Phone
(206) 625-0900 Fax
Email:  elindberg@corrcronin.com

Ronald Abramson *(Pro Hac Vice Forthcoming)*
David G. Liston *(Pro Hac Vice Forthcoming)*
Ari J. Jaffess *(Pro Hac Vice Forthcoming)*
Alex G. Patchen *(Pro Hac Vice Forthcoming)*
LISTON ABRAMSON LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 822-0160 Phone
(917) 663-5528 Fax
Email: ronald.abramson@listonabramson.com
david.liston@listonabramson.com
ari.jaffess@listonabramson.com
alex.patchen@listonabramson.com

*Attorneys for Plaintiff WAG Acquisition, L.L.C.*

PLAINTIFF WAG ACQUISITION,  L.L.C.'S MOTION
FOR EXTENSION OF TIME TO ANSWER– Page 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2023, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to all

counsel of record.

*s/ Monica Dawson*
Monica Dawson

PLAINTIFF WAG ACQUISITION,  L.L.C.'S MOTION
FOR EXTENSION OF TIME TO ANSWER– Page 3

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900