HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAG ACQUISITION, L.L.C.,<br><br>  Plaintiff,<br><br>  v.<br><br>ICF TECHNOLOGY GROUP INC.,<br><br>  Defendant. | No. 2:23-cv-00131-MLP<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF WAG ACQUISITION, L.L.C.'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** |

This Court has considered Plaintiff's Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint. Finding good cause, the Court ORDERS that Defendant is granted leave to file a Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint. Plaintiff requests that Defendant be given an extension of thirty (30) days to answer or otherwise respond to Plaintiff's Complaint, making its answer or responsive pleading due on July 24, 2023.

IT IS SO ORDERED.

DATED this _____ day of _____, 2023.

ORDER GRANTING PLAINTIFF WAG ACQUISITION, L.L.C.'S MOTION FOR EXTENSION OF TIME TO ANSWER– Page 1

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   |                                                                 |
| 2   | HONORABLE MICHELLE L. PETERSON<br>United States Magistrate Judge |

Presented by:

CORR CRONIN, LLP

*s/ Eric A. Lindberg*
Eric A. Lindberg, WSBA No. 43596
1001 Fourth Avenue, Suite 3900
Seattle, WA  98154-1051
(206) 625-8600 Phone
(206) 625-0900 Fax
Email: elindberg@corrcronin.com

Ronald Abramson *(Pro Hac Vice Forthcoming)*
David G. Liston *(Pro Hac Vice Forthcoming)*
Ari J. Jaffess *(Pro Hac Vice Forthcoming)*
Alex G. Patchen *(Pro Hac Vice Forthcoming)*
LISTON ABRAMSON LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 822-0160 Phone
(917) 663-5528 Fax
Email: ronald.abramson@listonabramson.com
david.liston@listonabramson.com
ari.jaffess@listonabramson.com
alex.patchen@listonabramson.com

*Attorneys for Plaintiff WAG Acquisition, L.L.C.*

ORDER GRANTING PLAINTIFF WAG ACQUISITION, L.L.C.'S MOTION FOR EXTENSION OF TIME TO ANSWER– Page 2