HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WAG ACQUISITION, LLC,

           Plaintiff,

  v.

FLYING CROCODILE, INC., d/b/a FCI, INC., et al.

           Defendants.

Case No. 2:23-cv-00131-MLP

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff WAG Acquisition, L.L.C., by and through its respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice that the above-captioned is voluntarily dismissed with prejudice against the defendant.

DATED:  July 10, 2023.

CORR CRONIN, LLP

*s/ Eric Lindberg*
Steven W. Fogg, WSBA No. 23528
Eric A. Lindberg, WSBA No. 43596
1015 Second Avenue, Floor 10
Seattle, WA  98104

NOTICE OF DISMISSAL WITH PREJUDICE – 1
(Case No. 2:23-cv-00131)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

(206) 625-8600 Phone
(206) 625-0900 Fax
Email: sfogg@corrcronin.com
        elindberg@corrcronin.com

*Attorneys for Plaintiff WAG Acquisition, L.L.C.*

NOTICE OF DISMISSAL WITH PREJUDICE – 2
(Case No. 2:23-cv-00131)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900